**Order entered June 17, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00784-CR

### RUBEN LABRADA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75816-V**

### ORDER

Before the Court is appellant's June 14, 2022 fourth motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief received with the motion filed as of the date of this order.

/s/    BILL PEDERSEN, III
JUSTICE